THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAD COLEMAN,<br>      Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent | :<br>:<br>:   CASE NO. 3:18-CR-222<br>:   (RELATED CASE NO. 3:22-CV-1419)<br>:<br>:   (JUDGE MARIANI)<br>: |

## ORDER

AND NOW, THIS **3rd** DAY OF FEBRUARY, 2025, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon review of Rashad Coleman's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 132), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Rashad Coleman's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 132) is **DENIED.**

2. A certificate of appealability **SHALL NOT ISSUE.**

3. The Clerk of Court is directed to **CLOSE** Civil Action No. 3:22-cv-1419.

_____
Robert D. Mariani
United States District Judge